# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**Steven Michael Rice**<br><br>　　　　　　　Defendant. | CASE NO.: 21-CR-1603-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for July 9, 2021 at 1:30 p.m. be continued to July 30, 2021 at 1:30 pm. The Court further orders that the time necessary for the continuance is excluded under the Speedy Trial Act to allow defense counsel to prepare and in the interests of justice.

**SO ORDERED.**

Dated: June 30, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge